### CLEVELAND *v.* THE STATE.

CANDLER, J. No complaint is made of any error of law. The evidence warranted the verdict, and the judgment refusing a new trial will not be disturbed.

*Judgment affirmed. All the Justices concurring, except Lumpkin, P. J., absent.*

Argued December 15, 1902. — Decided January 9, 1903.

Indictment for murder. Before Judge Felton. Crawford superior court. November 7, 1902.

*E. L. Bryan* and *W. J. Wallace*, for plaintiff in error.

*John C. Hart, attorney-general*, and *William Brunson, solicitor-general*, contra.